**Messages with NH**



**Received on Jun 14, 2015 8:40:00 PM**
Will you text me after the appointment tomorrow so I know everything went ok

**Sent on Jun 14, 2015 11:52:24 PM**
Ok.

**Received on Jun 15, 2015 1:15:12 AM**
Don't worry. I love you

**Received on Jun 15, 2015 10:12:48 AM**
How are you

**Sent on Jun 15, 2015 10:57:05 AM**
They didn't want to put me under, I was to weak for anesthesia, my vitals were all over the place...so they gave me a sedative to take at home. I've been resting at Christine's house.

**Received on Jun 15, 2015 11:06:08 AM**
Did she say it went well?

**Sent on Jun 15, 2015 11:09:31 AM**
They weren't able to cut into me without it, it's surgery. I have to reschedule.

**Received on Jun 15, 2015 11:10:12 AM**
Oy. That's awful. When are you doing it?

**Received on Jun 15, 2015 11:10:24 AM**
Maybe waiting a bit is better

**Received on Jun 15, 2015 11:10:24 AM**
How do you feel now?

**Received on Jun 15, 2015 11:14:40 AM**
I'm sure. Are you reconsidering?

**Sent on Jun 15, 2015 11:15:34 AM**
I feel really sick from all this. My blood work she took the other day came back wacky. She said to sleep and eat and chill, then we can start the process again.

**Sent on Jun 15, 2015 11:16:47 AM**
What does that mean?

**Received on Jun 15, 2015 11:16:48 AM**
You want to have a baby now?

**Received on Jun 15, 2015 11:16:48 AM**
Ok

**Received on Jun 15, 2015 11:16:48 AM**
Are you reconsidering doing this procedure?

**Sent on Jun 15, 2015 11:17:41 AM**
Yes

**Received on Jun 15, 2015 11:18:56 AM**
Is there anything I can do to persuade you that this would be a very bad decision for us and a child?

**Messages with NH**

N: Received on Jun 17, 2015 2:06:24 AM
I've said to you a dozen times it's not doubting if you can.  It's saying why do it.  I know you can but why jump from drugs and exhaustion to baby



Sent on Jun 17, 2015 2:06:57 AM
Hideous

Sent on Jun 17, 2015 2:07:44 AM
What can I do to stop these with drawls right now

Sent on Jun 17, 2015 2:08:10 AM
I took half of a xanny bar not working

Sent on Jun 17, 2015 2:09:44 AM
That's what I said to you- I've had space to process this, that's all I was asking for.
I'm very sick and that is what scares me the most. I was on a routine until I got addicted to drugs because of abortion.

Sent on Jun 17, 2015 2:10:23 AM
I have Valium

Sent on Jun 17, 2015 2:10:38 AM
Can I take Xanax and Valium

N: Received on Jun 17, 2015 2:10:40 AM
You mean routine before we met or you mean first four months.  Like good sleep, hike here and there and eating well?

N: Received on Jun 17, 2015 2:10:40 AM
Yes take Valium

N: Received on Jun 17, 2015 2:10:40 AM
October November