```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10              AUDIO RECORDING OF CONVERSATION
11                  BETWEEN BROOKE AND NIKOS
12                         (PART TWO)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              (Part Two).
 2              BROOKE:  (Screaming.)
 3              NIKOS:   Knock it off.
 4              BROOKE:  (Screaming.)
 5              NIKOS:   (Inaudible).
 6              BROOKE:  Let me take my (inaudible).
 7    Please.  Please and some shoes.
 8              NIKOS:   Do you want me to finally tell you
 9    the stories I've heard about you?
10              BROOKE:  What?
11              NIKOS:   (Inaudible) and I stood up for you.
12    In depositions --
13              BROOKE:  Please, God.
14              NIKOS:   What are you going to take?  What
15    are you going to take?
16              BROOKE:  Please, some shoes.  I'm putting
17    on some shoes.
18              NIKOS:   I want to (inaudible).
19              BROOKE:  (Inaudible).
20              NIKOS:   (Inaudible).
21              BROOKE:  Why are you doing this to me?
22              NIKOS:   Because you have shown me tonight
23    you --
24              BROOKE:  What did I do?
25              NIKOS:   -- you're using me.  What did you
```

```
 1   do?
 2              BROOKE:  I'm not using you.  I'm not using
 3   you.
 4              NIKOS:  Correct.  (Inaudible).
 5              BROOKE:  I love you to death.  I am begging
 6   for your forgiveness, begging.
 7              NIKOS:  You asked me for my forgiveness one
 8   (inaudible).
 9              BROOKE:  Begging.  Yes, I was on the ground
10   begging.  Can I have your forgiveness?  Isn't this
11   (inaudible)?
12              NIKOS:  Why do you keep taking the things
13   that I give you as if they're money?
14              BROOKE:  Because I have survival --
15              NIKOS:  You can have the money.
16              BROOKE:  I'm sorry.  You can have it all.
17              NIKOS:  So you're going to make -- I don't
18   care (inaudible) if you walk out the door
19   (inaudible).  You know what that makes me feel like?
20   You used me.  You used me.
21              BROOKE:  I'm not leaving you.  I'm going to
22   be with you forever.
23              NIKOS:  Have you ever strapped on?
24              BROOKE:  I'm going to be -- no, I've never
25   strapped on.
```

```
 1              NIKOS:  You (inaudible).  So you could have
 2     fucked 100 guys.
 3              BROOKE:  No, no way.
 4              NIKOS:  Twenty?
 5              BROOKE:  No way.
 6              NIKOS:  Ten.
 7              BROOKE:  No.
 8              NIKOS:  Five?
 9              BROOKE:  Ten, 12 maybe.
10              NIKOS:  And swallowed them all.
11              BROOKE:  No.
12              NIKOS:  Just a few you liked.
13              BROOKE:  No.  Why, Nikos?
14              NIKOS:  Did you have a best?
15              BROOKE:  Please stop.
16              NIKOS:  Did you have one you liked
17     particularly?
18              BROOKE:  Please stop. You.  I am in love
19     with you.  I want to marry you.
20              NIKOS:  Answer me this question and I'm
21     going to ask you another question.  Did you have one
22     you liked more than the rest?  Was there someone you
23     were closer to than the rest?
24              BROOKE:  No.
25              NIKOS:  Not one closer than --
```

```
 1            BROOKE:  No, I didn't have (inaudible).
 2            NIKOS:  There wasn't one that you were
 3   closer to than the rest.
 4            BROOKE:  I was molested by my father.
 5            NIKOS:  There wasn't one you were closer to
 6   than the rest?  Not one you were closer (inaudible).
 7            BROOKE:  Why are you taking my (inaudible)?
 8            NIKOS:  (Inaudible).  Did you ever have an
 9   orgasm?
10            BROOKE:  No, no, no, Nikos, no.
11            NIKOS:  I'm just checking.
12            BROOKE:  Can we stop this?  Please stop
13   this.
14            NIKOS:  I feel used, Brooke.  I feel really
15   used.  I'm so tired of (inaudible).  I'm tired.
16            BROOKE:  It's not me.  It's not me.
17            NIKOS:  I've done so --
18            BROOKE:  Nikos (inaudible).  Please, I love
19   you.
20            NIKOS:  Seven times (inaudible).
21            BROOKE:  I have been here through your
22   divorce.  I have been here for you.  I'm helping you
23   raise your children who I love.  Please, Nikos.
24            NIKOS:  What was your second two on one?
25            BROOKE:  (Inaudible).
```

```
 1              NIKOS:  What was your second two on one?
 2              BROOKE:  I didn't have a second two on one.
 3              NIKOS:  Really?  So you blew one guy, you
 4    swallowed.
 5              BROOKE:  I didn't have a second two on one.
 6    I didn't.
 7              NIKOS:  How do you feel about the fact that
 8    you swallowed (inaudible)?
 9              BROOKE:  Are you doing this to me --
10              NIKOS:  What?
11              BROOKE:  Why are you doing this to me?
12              NIKOS:  How about this (inaudible)?
13    (Inaudible).  I fucked three to four girls at once.
14    (Inaudible).
15              BROOKE:  (Inaudible).
16              NIKOS:  Yeah, that's what you said the last
17    time and the last time and the last time.  I'm going
18    to take my stuff.
19              BROOKE:  Nikos (inaudible).  I'm sorry.
20              NIKOS:  So then why do you take stuff?
21              BROOKE:  Because I have survival --
22              (The audio was concluded.)
23
24
25
```