```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10                AUDIO RECORDING OF CONVERSATION
11                     BETWEEN BROOKE AND NIKOS
12                            (IMG_1800)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              (IMG 1800)
 2              NIKOS:  Brooke.
 3              BROOKE:  Mm-mm.
 4              NIKOS:  (Inaudible).
 5              BROOKE:  (Inaudible) shoot my mother, that
 6    my friends were awful.
 7              NIKOS:  (Inaudible).
 8              BROOKE:  And there was no compassion or no
 9    like -- just like I'm a shitty person.
10              NIKOS:  And you friends are pretty bad.
11    And your mother probably should be shot.
12    (Inaudible) a lot of people (inaudible).
13              BROOKE:  (Inaudible).
14              NIKOS:  Well, I mean -- I don't mean
15    (inaudible).
16              BROOKE:  You just wanted the abortion over
17    with and then you were going to -- is that what you
18    wanted?
19              NIKOS:  (Laughing.)   (Inaudible).
20              BROOKE:  You just want (inaudible).
21              NIKOS:  (Inaudible).   (Laughing.)
22              BROOKE:  (Inaudible).
23              NIKOS:  (Inaudible).
24              BROOKE:  I'm just like his mother.
25              NIKOS:  (Inaudible).
```

```
 1                BROOKE:  (Inaudible).
 2                NIKOS:  (Inaudible).  What are you doing?
 3                BROOKE:  Nothing.
 4                NIKOS:  (Inaudible).
 5                BROOKE:  You're going to shoot my mother
 6     and my friends suck.  I just wanted to have a nice
 7     time by the fire.  I had enough of getting attached
 8     by (inaudible).
 9                NIKOS:  Your friends do suck and your
10     mother should be shot for coming up to my house like
11     that.  I would like to shoot her.  If I thought I
12     could get away with it, I would fucking put a bullet
13     in her head.  She's no value to you.
14                Has she been valuable to you through your
15     life?  She threatened to put me in jail?  I would
16     think you would be the first one putting a bullet in
17     her head.
18                BROOKE:  (Inaudible).
19                NIKOS:  She wants to put me in jail.
20                BROOKE:  Apparently the sheriff said
21     something to her that there's been a lot of
22     incidences up at your place.
23                NIKOS:  Really?  That's what you're telling
24     me?
25                BROOKE:  No, that's what she said.
```

```
 1              NIKOS:  A lot of incidents at my place.
 2              BROOKE:  No, she's (inaudible).  I don't --
 3     I don't know.
 4              NIKOS:  Oh, you don't know?  You don't
 5     fucking know?  Your mother's a fucking whack ball.
 6     You have -- you have a choice, okay?  If you fucking
 7     continue to speak to your fucking dumb ass crazy
 8     white trash piece-of-shit mother, you can fucking
 9     forget about me.
10              Because I am telling you I am not going to
11     live in Trailer Parkville.  You live with a crazy
12     woman lingering all over your life.  And you invite
13     her in half the time.
14              So you're 30 years old.  You have to
15     decide.  Do you want to fucking grow up and continue
16     to live in this web of weirdo fucking friends and
17     mother fucking -- I am telling you, your mother
18     tried to have me arrested.  Do you understand?
19              And you just told me that there were
20     apparently incidents -- a lot of incidences at my
21     house?
22              BROOKE:  No, someone told her that.
23              NIKOS:  The only incident at my house is
24     going to be you getting thrown out if you fucking
25     keep this shit up.
```

```
 1                Are you fucking kidding me?  There were
 2    apparently incidents?  You snot.  What the fuck are
 3    you talking about?  There were apparently incidents
 4    at my house?  Listen to you.
 5                BROOKE:  I'm saying what she said in the
 6    e-mail.
 7                NIKOS:  Your mother's a fucking crazy cunt.
 8    Your mother's a loon.  She's a lunatic.  Go fucking
 9    live in Denver with her.  Make bush with her for all
10    I care.
11                You are fucking offspring from a crazy
12    lady.  She's crazy.  She's trying to have your
13    fiance arrested?  She wanted to have me arrested.
14    Do you realize that?
15                That doesn't bother you?  Fifteen to life,
16    none of this -- it just passes over your head.  I
17    might have a fucking PI put on her and have her
18    thrown in jail.
19                Do you know how fast -- like she's
20    threatening a fucking billionaire.  What do you
21    think happens?
22                BROOKE:  (Crying.)
23                NIKOS:  Do you think she's just going to
24    have cops coming up to -- I'd like to knock your
25    fucking teeth out.  You are so irreverent.
```

```
 1          BROOKE:  (Crying.)
 2          NIKOS:  (Door closes.  He leaves room.)
 3          BROOKE:  (Crying.)
 4          (The audio was concluded.)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```