EXHIBIT 5

1

1
2
3
4
5
6
7
8
9
10              AUDIO RECORDING OF CONVERSATION
11                  BETWEEN BROOKE AND NIKOS
12                        (IMG_1466)
13
14
15
16
17
18
19
20
21
22
23
24
25

1         (IMG 1466)
2         NIKOS:  You -- you can't lie there and call
3    me names.  It's not nice, Brooke.  Yesterday you sat
4    here and called me names.  You told me all the
5    things you've done for me.  It's not nice.
6         BROOKE:  Nothing I say or do is right.  I'm
7    not what you want.  I'm not good enough.  I've
8    apologized a million times.  I'm scared to death of
9    you.  Please just stop.  Okay?
10        NIKOS:  (Inaudible) tell me what my mom
11   said.  I just asked my mom that, to tell me --
12        BROOKE:  Just stop.  You scare me.
13        NIKOS:  Because now you're bringing in the
14   relationship between you and your mother?
15        BROOKE:  No.
16        NIKOS:  Like you're telling me what --
17        BROOKE:  Clearly you have anger issues I
18   wasn't aware of.
19        NIKOS:  I have anger issues.
20        BROOKE:  Nikos, you're not acting normal.
21   You don't want to resolve stuff with me.  You just
22   want to fight with me.  I woke up shaking to death.
23   I'm scared to death.
24        NIKOS:  (Inaudible).
25        BROOKE:  I'm scared to death.  I was, I am

```
 1   just scared to death.  Please stop.  (Crying.)
 2             NIKOS:  (Inaudible) I'm not.
 3             BROOKE:  Please don't touch me, don't touch
 4   me.
 5             NIKOS:  Oh, stop.  I'm not going to scare
 6   you.
 7             BROOKE:  (Crying.)
 8             NIKOS:  Enough.  You come down, you look at
 9   me like a nasty look in the morning.  Like I can't
10   even give you a hug.  It's not nice.
11             BROOKE:  I wasn't nasty.  I said I'm not
12   mad.  I said I love you and I'm not mad.
13             NIKOS:  You looked at me --
14             BROOKE:  (Crying.)  Everything I do and say
15   is wrong.
16             NIKOS:  (Kisses her on cheek.)
17             BROOKE:  You're seeing in a different
18   light.  You don't love me.
19             NIKOS:  I do.  You're the one --
20             BROOKE:  No, you don't.  You don't love me.
21             NIKOS:  I started out this day kind to you.
22             BROOKE:  Me too.  I gave you a hug.
23   (Inaudible) we hugged in the pantry.  How do you not
24   remember this?
25             NIKOS:  If you (inaudible).
```

```
 1              BROOKE:  Everything I do and say is wrong.
 2              NIKOS:  Put this behind us.
 3              BROOKE:  Every move I make --
 4              NIKOS:  (Inaudible) put this behind us.
 5              BROOKE:  I'm trying to.  Every move I make
 6   is wrong.  Everything I say is wrong.
 7              NIKOS:  I want to put this behind us.  This
 8   is absurd.  This upsets me.
 9              BROOKE:  Okay.
10              NIKOS:  (Inaudible) abuse me.  You don't
11   even acknowledge me.  You tell me I have anger
12   issues.  Anger issues?  You tell me what my mom
13   said.  I just texted her to ask her if that's the
14   truth.
15              BROOKE:  Okay.
16              NIKOS:  That's the shit you're telling me
17   now?  My mom is going to go ape shit.
18              BROOKE:  Okay.
19              NIKOS:  You don't care?
20              BROOKE:  She said it, she said, leave.  She
21   was taking care of me when I had the UTI and you
22   were freaking out on me.
23              NIKOS:  This is bad, Brooke, like you're
24   taking this to another level.
25              BROOKE:  Because you won't stop picking on
```

```
 1    me.  Everything I say and do is wrong.  I have no
 2    say.  I have no breath.  You're kicking me like a
 3    dog in the corner.  It's abuse, Nikos.  You need to
 4    stop.  I'm scared to death.
 5           NIKOS:   What would you like to do right
 6    now?  I think (inaudible) and you just leave and
 7    leave this shit because you're not going to take it,
 8    Brooke, or we patch things up.  Do you hear me?
 9           BROOKE:   (Inaudible).
10           NIKOS:   What?
11           BROOKE:   It's up to you.
12           NIKOS:   I want to patch things up but not
13    with you over there hysterical calling me names.
14    You have said --
15           BROOKE:   I have not said any names to you.
16           NIKOS:   You just said I have anger issues.
17    That's calling me names.  You said my mother said to
18    get -- my mother has never --
19           BROOKE:   But you can say that I have AIDS
20    and you can just (inaudible).  You could bash me to
21    Allison.  Like what are you even doing?
22           NIKOS:   You know --
23           BROOKE:   You don't want this to work.
24           NIKOS:   I do.
25           BROOKE:   You're trying to do stuff to me so
```

```
 1    I'll leave and then you could have everything back.
 2    That's what you're doing.
 3              NIKOS:  I can have everything back even if
 4    you don't leave.  No?
 5              BROOKE:  Stop picking on me, please.  You
 6    pick on me.  I can't even get out of bed.  You sleep
 7    too much.  I need help with my kids.  Order my kids'
 8    shoes.  I order the kids' shoes.  You're not being
 9    nice to me.
10              I'm being nice to you.  I'm ordering your
11    kids' shoes.  Please --
12              NIKOS:  (Inaudible).  I don't know I'm
13    going to get through this because you have said
14    things -- now I don't know -- I don't know how to
15    move on now.
16              BROOKE:  But it's happened.  It's the
17    truth.  It's happened.
18              NIKOS:  Yeah.  I don't know how to move on
19    now.  Like how are we going to move on?
20              BROOKE:  Okay.  I'm walking on (inaudible)
21    shells.  I'm scared to death you're going to hit me
22    or you're going to yell at me.
23              NIKOS:  I don't know what to do.
24              BROOKE:  You really hurt the love of your
25    life.  You don't even mean it.
```

```
 1              NIKOS:  You (inaudible).
 2              BROOKE:  You got upset over a wedding.  I
 3     did nothing wrong.
 4              NIKOS:  No, you (inaudible).
 5              BROOKE:  Really?  What have I done wrong?
 6              NIKOS:  Brooke, it's innumerable.
 7     Honestly, you don't even see your own (inaudible).
 8     You have done tons wrong.  Brooke, wake up.  You are
 9     80 percent at fault here, at least.
10              I'm trying to be -- (inaudible) -- you have
11     --
12              BROOKE:  Good to me?  That's why you can
13     keep screaming at me all morning long?
14              NIKOS:  Brooke, you have just said things.
15     I don't how I'm ever going to get over it.  Like I'm
16     willing to break up right now and separate normally
17     but you've got --
18              BROOKE:  Okay, okay.
19              NIKOS:  -- to be rational.  Would you like
20     to move on?  If you're scared, just leave.
21              BROOKE:  Okay.
22              NIKOS:  Would you like to separate?
23              BROOKE:  I don't know.
24              NIKOS:  You don't know.
25              BROOKE:  I think I need to be in a clear
```

```
1    mindset.
2             NIKOS:  I would like to keep things
3    together.  But the things you say to me --
4             BROOKE:  If we keep things together, are
5    you going to be mean to me still and still --
6             NIKOS:  I'm not mean to you.  I'm great to
7    you.  I'm great to you, great to you.  I mean,
8    you're out of your mind.  I am great to you.  You've
9    said (inaudible).
10            BROOKE:  You don't love me.  You don't love
11   me.
12            NIKOS:  I do love you.
13            BROOKE:  You do not love me.
14            NIKOS:  (Goes over to her and bends over
15   her.)  I do love you.  I do love you.  (Inaudible) I
16   do love you.
17            BROOKE:  (Crying.)  You don't love me.
18            NIKOS:  I do, I do, I do.
19            BROOKE:  (Crying.)
20            NIKOS:  I do, I do, I do.
21            (The audio was concluded.)
22
23
24
25
```