1       EXHIBIT 7
2
3
4
5
6
7
8
9
10
11              AUDIO RECORDING OF CONVERSATION
12                  BETWEEN BROOKE AND NIKOS
13                       (7.26.15 Part 1)
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                (7.26.15 Part 1)
 2            NIKOS:  (Inaudible) as cruel (inaudible).
 3            (Walking noise.)
 4            BROOKE:  I don't love you (inaudible.)
 5            NIKOS:  Right.  You love me (inaudible.)
 6   You have -- you had no (inaudible.)
 7            BROOKE:  Nikos (inaudible).  I've got --
 8   you've got to look at me right now.
 9            NIKOS:  I'll look at you.
10            BROOKE:  No --
11            NIKOS:  I am lucid.
12            BROOKE:  No, no.  (Inaudible.)
13            NIKOS:  You can do whatever.  We're not
14   getting married.  We're not living together.  It is
15   fucking over.
16            BROOKE:  (Inaudible).
17            NIKOS:  I need to stop?
18            BROOKE:  (Inaudible) need to stop
19   (inaudible).
20            NIKOS:  (Inaudible) hysterical on the bed
21   before you get your money?  Like you're -- you're
22   hyperventilating on the bed.  And then you want your
23   money?
24            BROOKE:  No, no, Nikos, please.
25            NIKOS:  (Inaudible.)
```

```
 1              BROOKE:  I don't want your money.  You keep
 2   saying it.  I don't want your money.
 3              NIKOS:  Really?  You've left five times
 4   with it.
 5              BROOKE:  No, I haven't.
 6              NIKOS:  All different places, LA, here.
 7              BROOKE:  It's survival mode.  I was just --
 8   my -- I was just crying --
 9              NIKOS:  You won't survive two seconds
10   without me.
11              BROOKE:  I was just crying -- I was just
12   crying.
13              NIKOS:  I will fucking split you, pussy to
14   mouth, before you fucking survive without me.  What,
15   are you fucking kidding me?  Do you really think --
16              BROOKE:  I was just trying -- do you
17   remember (inaudible)?  Remember that (inaudible) me?
18              NIKOS:  (Inaudible) would vomit if she saw
19   you walking (inaudible) jewelry.
20              BROOKE:  I don't want your jewelry.  You
21   can have it.
22              NIKOS:  Okay.  After the 11th time?
23              BROOKE:  No, no, no, Nikos, I was just
24   crying on you.  Come on.
25              NIKOS:  What would you like to talk about?
```

```
 1    Lies?  (Inaudible)?
 2             BROOKE:  I'm just trying to calm you down.
 3             NIKOS:   (Inaudible)?
 4             BROOKE:  I'm just trying to calm you down.
 5             NIKOS:   Have you ever swallowed any cum?
 6    This is a hilarious one.  Ever?
 7             BROOKE:  No, I never did.
 8             NIKOS:   Yeah, okay.
 9             BROOKE:  I'm telling you the truth.
10             NIKOS:   Right, of course.  I knew that all
11    along.
12             BROOKE:  Stop.  Stop, I'm trying to talk to
13    you.
14             NIKOS:   Brooke (inaudible.)
15             BROOKE:  No, I haven't.
16             NIKOS:   How many guys have you fucked?
17             BROOKE:  Nikos, please stop.
18             NIKOS:   How many guys have you fucked?
19             BROOKE:  Please.  I'm trying to get through
20    to you.
21             NIKOS:   How many guys have you fucked?
22             BROOKE:  It's not working.  (Inaudible.)
23             NIKOS:   How many guys?  How many guys have
24    you fucked?  (Inaudible).
25             BROOKE:  I'm going to bed.  (Walking
```

```
 1    sounds.)  Stop.
 2              NIKOS:  You're full of it.
 3              BROOKE:  (Crying.)
 4              NIKOS:  (Inaudible).
 5              BROOKE:  Please don't hurt me.
 6              NIKOS:  I want to know --
 7              BROOKE:  Please don't hurt me.
 8              NIKOS:  -- how many guys have you fucked?
 9              BROOKE:  Please, you just choked me.
10              NIKOS:  How many guys have you fucked?
11              BROOKE:  Please.
12              NIKOS:  How many guys have you fucked?
13              BROOKE:  Please, please, please.
14              NIKOS:  How many guys have you fucked?  How
15   many guys?  (Inaudible).  How many guys have you
16   fucked?
17              BROOKE:  (Inaudible.)
18              NIKOS:  How many guys have you fucked?  How
19   many guys?
20              BROOKE:  Please, don't hurt -- please don't
21   hurt me.
22              NIKOS:  How many guys?  How many guys?
23              BROOKE:  Please don't hurt me.
24              NIKOS:  I'm just curious.
25              BROOKE:  Please don't hurt me.
```

```
 1              NIKOS:  I'm just curious.
 2              BROOKE:  Just let me get some clothes.
 3              NIKOS:  I'm just curious.  How many guys?
 4              BROOKE:  Please don't hurt me.
 5              NIKOS:  No, you're not taking any clothes.
 6   How many guys?  How many guys?
 7              BROOKE:  Please, just let me have some
 8   clothes.
 9              NIKOS:  You see that (inaudible).
10              BROOKE:  I don't know.
11              NIKOS:  How many guys?  Do you know?
12              BROOKE:  Nikos, stop.
13              NIKOS:  (Inaudible.)
14              BROOKE:  Stop it.  You're being violent.
15              NIKOS:  You're (inaudible).
16              BROOKE:  You're being violent.  Stop.  Just
17   let me --
18              NIKOS:  Or what?  Slow down, slow down.
19              BROOKE:  Just let me have some clothes.
20              NIKOS:  No.
21              BROOKE:  I can't get through to you.  Just
22   let me have my clothes.
23              NIKOS:  You can have some underwear.  The
24   rest (inaudible).
25              BROOKE:  Just clothes.  Just let me have
```

```
 1   some clothes, Nikos.  They're my clothes.  Stop.
 2              NIKOS:  You're not taking my car.
 3              BROOKE:  Stop.
 4              NIKOS:  You're not taking any cars.
 5              BROOKE:  Please stop.  Just stop until we
 6   calm down.  This is getting out of control.
 7              NIKOS:  You've taken my shit enough times.
 8              BROOKE:  This is getting out of control.
 9   You're going insane.  You're going insane.  I love
10   you to death.  Please stop, please stop.  Okay.
11              NIKOS:  (Inaudible).
12              BROOKE:  Please just let me drive home.
13              NIKOS:  No.
14              BROOKE:  Do you want me to call the police
15   on you?
16              NIKOS:  Yep.  Call the police.
17              BROOKE:  I don't want this to get out of
18   hand.  Let me just go.
19              NIKOS:  No, you're not taking the cars.
20              BROOKE:  Just let me drive.
21              NIKOS:  No, Brooke.  You are not insured.
22   You don't have a license.
23              BROOKE:  Nikos, just let me go home.
24              (The audio was concluded.)
25
```