1

EXHIBIT 8

2

3

4

5

6

7

8

9

10

11            AUDIO RECORDING OF CONVERSATION

12                BETWEEN BROOKE AND NIKOS

13                     (IMG_1803)

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              (IMG_1803)

 2              NIKOS:  If you're going to cry, get out.

 3    Get out.  Honestly (inaudible) a good walk.

 4    (Inaudible).

 5              BROOKE:  I don't have anyplace to go.

 6              NIKOS:  I don't care what you do.  If you

 7    cry then, (inaudible) scared.  You're going to hurt

 8    me.  Right?  So if you cry again, get out, honestly.

 9              BROOKE:  You just threw my clothes

10    everywhere.

11              NIKOS:  Do you want to eat some of your

12    clothes now?  Because if you cry again, you're

13    either going to get out or eat something.  Do not

14    cry.  Yes, I'm very abusive.  This is finally the

15    side that you've been waiting for.

16              So maybe you want to go live in your

17    mother's fucking hovel, and you can work (inaudible)

18    an architect with her and be a real professional, a

19    reality TV professional.  Maybe that's your calling.

20              BROOKE:  Why do you hate me so much?

21              NIKOS:  Because what you've done tonight

22    shows me that you're a disrespectful.  You are

23    unable to carry on a normal existence.  You don't

24    even know what's right.  You are so self-absorbed.

25    You're in this sulky position, strumming around.
```

 1    Like get real.

 2         BROOKE:  Nikos, you said you were going to

 3    knock my teeth out and kill my mother.

 4         NIKOS:  Your mother deserves to die.  And

 5    your teeth probably deserve to come out.  Okay?  Get

 6    with it.  Is this (inaudible)?

 7         BROOKE:  What?

 8         NIKOS:  Why don't you live with your

 9    400-pound friend, Kristoff or why don't you

10    (inaudible)?

11         BROOKE:  Oh, scary, Nikos.

12         NIKOS:  Get out, get out, just get out.

13         BROOKE:  No, I'm not going out in the woods

14    by myself.

15         NIKOS:  We are finished.  This is -- we are

16    finished.  There is no point talking about this.

17    You fucking mock me.  We are finished, Brooke.

18         BROOKE:  I'm trying to make up with you.

19         NIKOS:  (Inaudible).

20         BROOKE:  And you're going crazy.

21         NIKOS:  You know what?  Yeah.

22         BROOKE:  You're going crazy on me.

23         NIKOS:  I am going crazy.  If someone does

24    that to me, after the treatment that I've given you,

25    I go crazy.  You're exactly right.

1          BROOKE:  You said you were going to kill my

2     mother.  You're going to have a big black nigger cut

3     off my ring on my finger and you're going knock my

4     teeth out.  Is this what you do to the person you

5     love?

6          NIKOS:  (Inaudible).

7          BROOKE:  You do this to the person you

8     love?  Maybe you don't know love.  You don't know

9     love.  You just wanted me to have the abortion.

10    Yeah?  You just wanted me to have the abortion and

11    then you were going to break up with me.  (Crying.)

12          NIKOS:  (Inaudible) please.

13          BROOKE:  (Crying.)

14          NIKOS:  (Inaudible).  You -- you have --

15    you've destroyed any trust I had with you.  What you

16    did (inaudible).

17          BROOKE:  What did I do?  Nikos, I love you.

18    I just wanted to talk to you.

19          NIKOS:  You need years of therapy and

20    (inaudible) what you did tonight.  You need to

21    rehearse this night over and over again, every step

22    (inaudible) every word you've said.  And you need

23    to get that (inaudible) mother of yours (inaudible)

24    fucking (inaudible).

25          BROOKE:  Nikos, I'm sorry.

1          NIKOS:  Fucking get (inaudible).

2          BROOKE:  I'm sorry.

3          NIKOS:  It's going to happen again and you

4   want me back.

5          BROOKE:  No, it's not.

6          NIKOS:  Well, I know that you won't leave

7   again because (inaudible).  That I'll never

8   (inaudible).  You will never leave again.

9          BROOKE:  I wasn't leaving.

10          NIKOS:  If you pack again, if you organize

11   again, if I see you fucking pack --

12          BROOKE:  I wasn't leaving.  I'm leaving

13   tomorrow.  I was packing my stuff up.

14          NIKOS:  (Inaudible).  You lie as much as

15   your mother or almost as much.

16          BROOKE:  I'm sorry.  I love you.  Please,

17   Nikos -- Nikos, please.

18          NIKOS:  I don't even know what to do with

19   (inaudible).

20          BROOKE:  Please, can we start over?

21   Please, I'm sorry.  (Crying.)

22          NIKOS:  You bring this, another (inaudible)

23   on yourself, okay, (inaudible).

24          BROOKE:  But you were yelling at me at the

25   fire.

1          NIKOS:  (Inaudible).  Everything I've done

2     here tonight is perfect, perfection.  Struggle with

3     that.  Struggle with it.  Maybe there's someone else

4     you might (inaudible) like maybe dead broke or your

5     mother's already fucked who you could marry.  Maybe

6     that's (inaudible).  I don't know.  But you

7     certainly don't cherish (inaudible).  You cannot

8     stand on my side and stand up for me and --

9          BROOKE:  Nikos, I was standing up for you.

10          NIKOS:  -- (inaudible) and not bring this

11     horse shit, friend shit, mother shit --

12          BROOKE:  I told you it was over.

13          NIKOS:  -- (inaudible).

14          BROOKE:  I told you it was over.  I've been

15     telling you that.  I don't talk to my friends

16     anymore.

17          NIKOS:  (Inaudible) please don't lie to me.

18          BROOKE:  I'm not lying to you.  I haven't

19     told -- they're like how are you feeling, how are

20     you doing? I don't even respond.

21          NIKOS:  Let me tell you something.  The way

22     you started going out with this dark and weird

23     erratic (inaudible) tonight out of unnecessary

24     (inaudible) and ruin all of our nights about

25     nothing.

1          You've known your mother's a fucking pig

2     for 25 years.

3          BROOKE:  (Crying.)  Nikos, I was just

4     leaning on you for support and help.

5          NIKOS:  No, you weren't.

6          BROOKE:  Yes, I was.  I told you.

7     (Crying.)

8          NIKOS:  (Inaudible).  You're being rude to

9     me.  I'm trying to help you (inaudible).  I have two

10     (inaudible) in LA and no, she's ever been

11     (inaudible).  (Inaudible).

12          BROOKE:  (Crying.)

13          NIKOS:  I want you to fuck me.

14          BROOKE:  (Crying.)

15          NIKOS:  (Inaudible) last night (inaudible).

16          BROOKE:  I went out and tried to talk to

17     you.  You're an asshole.

18          NIKOS:  (Inaudible) about sadness or

19     (inaudible).

20          BROOKE:  I'm sorry.  I got on e-mail that

21     threw me in a spiral and I was trying to talk to you

22     about it.

23          NIKOS:  The only thing that (inaudible) is

24     anger about when I fucking murder your bitch-ass

25     mother.

1          BROOKE:  Yeah, and that's what scared me.

2          NIKOS:  You don't have any anger for her.

3          BROOKE:  I was saying (inaudible).

4     (Crying.)

5          NIKOS:  (Inaudible) mommy.  You should want

6     to fucking kill that bitch because in all likelihood

7     she's ruined us.  I mean (inaudible).

8          BROOKE:  (Crying.)

9          NIKOS:  (Inaudible).

10         BROOKE:  (Crying.)  I'm sorry.  You're the

11    only person I have.

12         NIKOS:  I don't know what you're doing.  I

13    don't know what you're doing out there, this

14    charade.  (Inaudible) we get a lot of complaints up

15    at your house.  (Inaudible).

16         BROOKE:  No, I wasn't.  I was -- I was just

17    trying to talk to you and you were going crazy on me

18    saying you were going to knock my teeth out.

19         NIKOS:  (Inaudible) knock them out.  I

20    shouldn't have said anything, just knocked them out,

21    taken them out.

22         BROOKE:  You want to hit me?  Is that what

23    you want to do?

24         NIKOS:  When you're telling me in some snot

25    nose, disrespectful, ungrateful (inaudible).

1    There's been a lot of complaints up at that house.

2    Your mother's a fucking (inaudible) whore.  What the

3    fuck -- what the fuck (inaudible).

4            BROOKE:  (Crying.)

5            NIKOS:  There's been a lot of complaints up

6    at that house.

7            BROOKE:  (Crying.)

8            NIKOS:  (Inaudible)?

9            BROOKE:  I'm trying to say I'm sorry and

10   make up with you.

11           NIKOS:  If I make up with you, we're going

12   to gloss over some shit that you don't even know

13   what you thinking.  Every time I say (inaudible)

14   but you said -- I'm talking about things that

15   happened three hours ago.  You said you'd knock my

16   teeth out.  That was fifteen minutes ago.  What do

17   you think, we're time travelers?

18           BROOKE:  I'm scared.

19           NIKOS:  (Inaudible)?

20           BROOKE:  (Crying.)  Please stop.

21           NIKOS:  You don't even know (inaudible).

22   You have no idea.

23           BROOKE:  (Crying.)  Okay.  I'm sorry.

24   Please, Nikos, please.

25           NIKOS:  How am I going to have a

1    relationship when you can't -- you don't even have a

2    firm understanding of what's going on with your

3    mother.  You have no idea what's happening.  You

4    have no idea how to handle it, you don't.

5          BROOKE:  That's why I'm coming to you.

6          NIKOS:  So when I speak to you about it,

7    you don't even listen.  You go fucking (inaudible).

8          BROOKE:  No, I don't.  When you say you're

9    going to kill her, it's a lot, okay?  It's just a

10   lot.

11         NIKOS:  That was (inaudible).

12         BROOKE:  I'm affected from it.

13         NIKOS:  That was an hour or two after I had

14   been talking to you and (inaudible).  I've got

15   (inaudible) problems to (inaudible).

16         BROOKE:  You hate me, don't you?  You never

17   loved me.

18         NIKOS:  (Inaudible).

19         BROOKE:  Come on, Nikos.

20         NIKOS:  You need to come on.  You need to

21   get a grip on what's happened here.  Every time you

22   say something, you're countering me.  Are you fucked

23   in the head?  I am trying to help you all day, all

24   night.  I understand, I understand.  I have some

25   (inaudible) trying to help you.

1          BROOKE:  No, you weren't.

2          NIKOS:  Okay.  All right.  Then -- there we

3    have a fundamental breakdown.

4          BROOKE:  You were pissed off.  You were

5    pissed off about what I was telling you.

6          NIKOS:  (Inaudible) apologizing to you

7    (inaudible).

8          BROOKE:  You were pissed off.  (Crying.)  I

9    love you.

10          NIKOS:  Really?  But you were right tonight

11    because (inaudible).

12          BROOKE:  Come on.  (Crying.)  Yes, yes.

13          NIKOS:  You never showed (inaudible).

14    That's fine.  (Inaudible).

15          BROOKE:  (Crying.)

16          NIKOS:  This is a bird brain (inaudible).

17    What are you arguing (inaudible)?  (Inaudible).

18          BROOKE:  Come back to me, please.

19          NIKOS:  (Inaudible).  Do you understand --

20    do you understand what you're doing to me?

21          BROOKE:  What do you mean there's no

22    chance?

23          NIKOS:  Do you understand what you've been

24    doing?

25          BROOKE:  Yes, I'm sorry.

```
 1                  NIKOS:  (Inaudible).

 2                  BROOKE:  Please.

 3                  NIKOS:  (Inaudible) is that what you're

 4      planning?

 5                  BROOKE:  Please, please.  (Inaudible) to

 6      you?  You (inaudible) a lot.  You understand my mom

 7      affects me a lot.

 8                  NIKOS:  You're a bad person, Brooke.

 9                  BROOKE:  I'm sorry she's come between us.

10      I'm so sorry, okay?  Nikos, I'm really sorry.

11      Please, you're right.

12                  NIKOS:  (Inaudible).

13                  BROOKE:  You're right.  You're so right.

14      It was a lot for me to swallow and I'm just standing

15      up for you.  I'm telling her off this afternoon.

16                  NIKOS:  (Inaudible).

17                  BROOKE:  I'm so sorry.  Okay?

18                  NIKOS:  (Inaudible).

19                  BROOKE:  Please, I'm so sorry.  (Crying.)

20                  NIKOS:  (Inaudible).

21                  BROOKE:  Please, I'm sorry.  I don't want

22      to make you mad at me.  It's my fault.  I fucked up.

23      I (inaudible).  (Crying.)

24                  There was just a lot going through my mind.

25      A lot of it is giving up all my friends and all this
```

1    shit.  But I love you so much.

2         NIKOS:  Well, you can keep them.  You can

3    stay (inaudible).

4         BROOKE:  No, I want you.  I love you so

5    much.

6         NIKOS:  (Inaudible) because you're single.

7         BROOKE:  No.  I've got to get out of the

8    pattern.  You're right.  All this is was coming to

9    the table and it was just like -- you're right.

10   You're so right.  That's why I was (inaudible).

11        NIKOS:  The most together I've ever been --

12   the most together I've ever been is (inaudible).

13        BROOKE:  I know.  You're right.  I'm sorry.

14   I was like you're right and I was (inaudible).

15        NIKOS:  But I don't want to be the reason

16   for you to (inaudible).

17        BROOKE:  But you don't need me.

18   (Inaudible).

19        NIKOS:  But you have now too like

20   (inaudible).

21        BROOKE:  (Crying.)  I'm so sorry.  I fucked

22   up, okay?  I fucked up.  I fucked up.  I got upset

23   and (inaudible) caused all this (inaudible).

24        NIKOS:  You tell me I'm taking stuff our

25   because -- you're taking this mother stuff out on

1    me.

2            BROOKE:  I'm sorry.  I'm so sorry.  You're

3    right.  (Inaudible) acting out of line.  I'm sorry.

4    (Crying.)  I'm just (inaudible).  (Inaudible).

5            NIKOS:  Okay.

6            BROOKE:  (Inaudible).  I'm sorry.  You

7    don't love me.

8            NIKOS:  I do love you.

9            BROOKE:  (Inaudible) love me.  (Crying.)

10   I'm scared.

11           NIKOS:  I do.  I do (inaudible).

12           BROOKE:  (Inaudible).

13           NIKOS:  I do, but I (inaudible).

14           BROOKE:  You're upset with me all the time.

15           NIKOS:  Oh, just stop.

16           BROOKE:  I love you so much.

17           NIKOS:  Really?  I'm upset with you all the

18   time?  (Inaudible).  I'm upset with you all the

19   time?

20           BROOKE:  (Inaudible).

21           NIKOS:  (Inaudible).

22           BROOKE:  You won't let me go to

23   (inaudible).

24           NIKOS:  (Inaudible).  (Laughing.)  Do you

25   remember when you were sick?

1           BROOKE:  No.

2           NIKOS:  (Inaudible).

3           (Pause.)

4           BROOKE:  (Inaudible) let me got to

5    (inaudible).  I love you too much.

6           NIKOS:  Do you mind if I (inaudible)?

7           BROOKE:  I can't live without you.

8    (Crying.)

9           NIKOS:  Would you tell me (inaudible)?

10          BROOKE:  (Inaudible).

11          NIKOS:  No, no.  (Inaudible) mother is

12   upsetting (inaudible).  You hurt me.  Why

13   (inaudible)?  She (inaudible).  (Inaudible).

14          BROOKE:  (Inaudible).

15          NIKOS:  All right.  I would never

16   (inaudible) and I don't (inaudible).

17          BROOKE:  (Inaudible).

18          NIKOS:  She is hysterical.

19          BROOKE:  I know.  And she got a divorce

20   (inaudible).

21          NIKOS:  I know.

22          BROOKE:  (Inaudible) place when I was a kid

23   (inaudible).

24          NIKOS:  I know, but you continue that.  You

25   continue that.  (Inaudible).  You don't have to go

1    back there.  Brooke, Brooke, you don't have to

2    (inaudible).  You're not in that corner.  You're not

3    in the bedroom.  You're here.

4               (Inaudible).  You're not going (inaudible).

5    You're here.  You're here.  And she can't touch you

6    anymore.  She can't touch you.  I'm protecting you.

7    I'm protecting you.  She can't touch you anymore.

8    You're safe.

9               BROOKE:  (Crying.)

10              NIKOS:  You're totally, totally safe.  She

11   can't touch you.

12              BROOKE:  (Inaudible).

13              NIKOS:  Brooke, I don't know were you get

14   that (inaudible).  I mean honestly, do you think

15   (inaudible)?

16              BROOKE:  (Crying.)  (Inaudible).

17              NIKOS:  (Inaudible) you don't know.

18              (Inaudible conversation and crying.)

19              NIKOS:  But why are you going to create a

20   situation where it looks like I did?  What is

21   happening?  What is it?  Nothing's happened.  Brooke

22   -- you say I always (inaudible).

23              (Inaudible conversation and crying.)

24              NIKOS:  I know.  I know.

25              BROOKE:  (Inaudible).

1            NIKOS:  I know.  I know you have at least
2      (inaudible).
3            BROOKE:  My grandfather (inaudible).
4            NIKOS:  (Inaudible).  And you can become
5      whatever you want (inaudible).  You can become
6      whatever you want.  It's up to you right now.
7            BROOKE:  (Crying.)
8            NIKOS:  (Inaudible).  You can become
9      whatever you want (inaudible).  But that's why I
10     need you (inaudible).  You have to decide what you
11     want your life to look like.  (Inaudible).
12            BROOKE:  (Inaudible).
13            NIKOS:  You can (inaudible).  I am
14     protecting you, Brooke.  You have to listen to what
15     I'm telling you.
16            (Inaudible).  No words that put you back
17     there.  Brooke, made it out.  You've made it out.
18     You're safe.  Do you know that?  You're safe.
19     (Inaudible) you're safe.  You made it out.
20            She can't bring you back there.  Just
21     because she would like you to live (inaudible)
22     doesn't mean you have to.  Just because she says
23     (inaudible) just because (inaudible) doesn't mean
24     they're true.  You're safe.
25            She could (inaudible) but you're here.

1   You're here.  You're safe.  Whatever you (inaudible)

2   you're out.  You're out.  You made it.

3          BROOKE:  Okay.

4          NIKOS:  You made it.  And you didn't

5   judgment make it (inaudible).  Now, do you want to

6   (inaudible)?  Because, Brooke, do you realize you've

7   made it to the tippy top, top, top of the mountain.

8   There's nothing but down, but you don't have to go

9   down.  The only (inaudible) to go down is you.

10         BROOKE:  (Inaudible).

11         NIKOS:  (Inaudible).  I look at you and

12  your dad died and some piece of shit friend of yours

13  (inaudible) savior or god-like (inaudible).

14         BROOKE:  No.

15         NIKOS:  But it's your own doing.  It's you

16  (inaudible).

17         BROOKE:  (Inaudible).  (Crying.)

18         NIKOS:  But Brooke, you're safe.  You

19  didn't have to go live with your mother.  You don't

20  have to live with your single girlfriends.

21         BROOKE:  (Inaudible).

22         NIKOS:  You don't have to (inaudible).  You

23  don't have to.  Just because you're afraid

24  (inaudible) doesn't mean you have to create the

25  circumstance (inaudible).

1          BROOKE:  (Inaudible).

2          NIKOS:  You don't take it.  You're safe.

3    You made it.  You're not in that closet.  You're not

4    in your room.  You're not in the kitchen.  You're

5    not washing dishes.  You're not doing chores.  Your

6    not (inaudible).  This is your home.  Make it your

7    home.  (Inaudible).

8          (Inaudible conversation and crying.)

9          NIKOS:  You're safe.  You made it.  You

10   didn't just make it, you made it, Brooke.

11   (Inaudible) beautiful, amazing person.

12          (Inaudible).  Brooke, the way she

13   (inaudible), the more she attacks (inaudible) I must

14   be doing something right.  I must be doing something

15   right.

16          But if she's going I'm the biggest bitch in

17   the world (inaudible), I must be doing something

18   right.  Do you know why that is?  Because the better

19   you do, the crazier she gets.

20          Now, you need to understand that everything

21   she does is (inaudible).  You can't actually --

22          BROOKE:  (Inaudible).

23          NIKOS:  Nope.

24          BROOKE:  (Inaudible).

25          NIKOS:  You're got to fix that right now.

1           BROOKE:  (Inaudible).

2           NIKOS:  No, you're going to fix that right

3     now.  Brooke, that skill doesn't come from her.

4     That comes from you.  That ability doesn't come from

5     her.  She doesn't have that ability.

6           (Inaudible) that power.  You're in

7     possession of that.  She doesn't have a secret organ

8     or secret weapon.  She doesn't, Brooke.  Brooke, she

9     writes words (inaudible).  Do you know that?

10    (Inaudible).

11          These aren't words of a normal person.  You

12    have to (inaudible), if you read them at all.

13    (Inaudible).  But they don't (inaudible).  You're

14    giving them power.  You're giving (inaudible).

15          The words she -- her mind (inaudible),

16    okay?  Letters become words.  She hits send.

17    (Inaudible) the computer.  What is it?  Just words

18    on a page.

19          BROOKE:  (Inaudible).

20          NIKOS:  Somehow, how those words

21    (inaudible) what is happening?

22          BROOKE:  (Inaudible).

23          NIKOS:  I don't care what she used to do.

24    Let's think about now.  Let's think about right now.

25    (Inaudible).

1              You're not in that place (inaudible) what

2     she used to do.  You're not vulnerable to be able to

3     do (inaudible).  Her only power, your (inaudible)

4     power (inaudible) still in her glass, under her

5     control.

6              But she can't make you do anything.  You

7     (inaudible).  Now, let's think logically.  Are you

8     under her control?  Are you?

9              BROOKE:  No.

10             NIKOS:  (Inaudible) because if you don't

11    believe it, if you really don't believe it, you're

12    within her grasp, under her control.  And there's no

13    words that can make use of that.  It's Joey, my

14    brother, (inaudible) make me do this (inaudible).

15             She's only as good as you believe it.  Are

16    these words (inaudible).

17             (Inaudible conversation and crying.)

18             NIKOS:  Do you want your mother to be

19    different?  (Inaudible).

20             BROOKE:  (Crying.)  (Inaudible).

21             NIKOS:  Okay, so convince (inaudible).

22    She's gone.  She is gone.  There's not (inaudible).

23             (The audio was concluded.)

24

25