---------- Forwarded message ----------
From: **Nikos Hecht** <nhecht@aspenadvisorsllc.com>
Date: Wednesday, July 1, 2015
Subject: Fwd: Re: Fw:
To: "<brookelaurenfilm@gmail.com>" <brookelaurenfilm@gmail.com>

Sent from my iPhone

Begin forwarded message:

**From:** <intlmodel@gmail.com>
**Date:** June 27, 2015 at 6:43:55 PM MDT
**To:** Nikos Hecht aspen ny <nhecht@aspenadvisorsllc.com>
**Subject: Re: Fw:**
**Reply-To:** <intlmodel@gmail.com>

Hi. Kathryn asked me about the 2k. Can u leave it there please so I can get it to her?
Sent via BlackBerry by AT&T

-----Original Message-----
From: Nikos Hecht <nhecht@aspenadvisorsllc.com>
Date: Sat, 27 Jun 2015 00:04:43
To: <intlmodel@gmail.com><intlmodel@gmail.com>
Subject: Re: Fw:

I did 5k.  I'll get you 2 more or her. My girls are off to camp so I'm more chill now and can be normal

Sent from my iPhone

On Jun 26, 2015, at 6:00 PM, "intlmodel@gmail.com" <intlmodel@gmail.com> wrote:

Ok thank u! I will soon. Did u do 7k or are u wiring Catherine her 2k?
Sent via BlackBerry by AT&T

-----Original Message-----
From: Nikos Hecht <nhecht@aspenadvisorsllc.com>
Date: Fri, 26 Jun 2015 23:56:34
To: <intlmodel@gmail.com><intlmodel@gmail.com>
Subject: Re: Fw:

Done now.  Go Check please

Sent from my iPhone

On Jun 26, 2015, at 4:10 PM, "intlmodel@gmail.com" <intlmodel@gmail.com> wrote:

Hi. Did u drop off the 7k for me and Catherine?
Sent via BlackBerry by AT&T

-----Original Message-----
From: Nikos Hecht <nhecht@aspenadvisorsllc.com>
Date: Fri, 19 Jun 2015 23:31:06
To: <intlmodel@gmail.com><intlmodel@gmail.com>
Subject: Re: Fw:

I'm on my way back from Denver now

Sent from my iPhone

On Jun 19, 2015, at 5:04 PM, "intlmodel@gmail.com" <intlmodel@gmail.com> wrote:

?
Sent via BlackBerry by AT&T

-----Original Message-----
From: Nikos Hecht <nhecht@aspenadvisorsllc.com>
Date: Fri, 19 Jun 2015 13:44:01
To: <intlmodel@gmail.com><intlmodel@gmail.com>
Subject: Re: Fw:

I will.  I was in divorce mediation all day and a bit this am.  I didn't forget.  Just couldn't get out.

Sent from my iPhone

On Jun 19, 2015, at 2:06 AM, "intlmodel@gmail.com" <intlmodel@gmail.com> wrote:

Just went there. Did u leave the envelope? It wasn't there
Sent via BlackBerry by AT&T

-----Original Message-----
From: Nikos Hecht <nhecht@aspenadvisorsllc.com>
Date: Fri, 19 Jun 2015 00:23:58
To: <intlmodel@gmail.com><intlmodel@gmail.com>
Subject: Re: Fw:

Deal

Sent from my iPhone

On Jun 18, 2015, at 6:15 PM, "intlmodel@gmail.com" <intlmodel@gmail.com> wrote:

Ok let me know when u get rid of her and I can have some great girls lined up for u
Sent via BlackBerry by AT&T

-----Original Message-----
From: Nikos Hecht <nhecht@aspenadvisorsllc.com>
Date: Thu, 18 Jun 2015 23:23:39
To: <intlmodel@gmail.com><intlmodel@gmail.com>
Subject: Re: Fw:

Tough

Sent from my iPhone

On Jun 18, 2015, at 4:14 PM, "intlmodel@gmail.com" <intlmodel@gmail.com> wrote:

Ok great! What about Ericka for this weekend?
Sent via BlackBerry by AT&T

-----Original Message-----
From: Nikos Hecht <nhecht@aspenadvisorsllc.com>
Date: Thu, 18 Jun 2015 22:13:04
To: <intlmodel@gmail.com><intlmodel@gmail.com>
Subject: Re: Fw:

Trust me I know.  Fixing an issue.  I'll leave you a check

Sent from my iPhone

On Jun 18, 2015, at 4:07 PM, "intlmodel@gmail.com" <intlmodel@gmail.com> wrote:

Oh no! Brooke? Please get rid of her. I can find u hotter girls that are sweet
Sent via BlackBerry by AT&T

-----Original Message-----
From: Nikos Hecht <nhecht@aspenadvisorsllc.com>
Date: Thu, 18 Jun 2015 21:44:12
To: <intlmodel@gmail.com><intlmodel@gmail.com>
Subject: Re: Fw:

I'll buzz you in a few.  In case you get a 970 number calling ignore it.  The crazy one was poking
in my phone

Sent from my iPhone

On Jun 18, 2015, at 3:35 PM, "intlmodel@gmail.com" <intlmodel@gmail.com> wrote:

U mean meeting Ericka?
------Original Message------
From: Nikos Hecht
To: Elle nyc
Subject: Re: Fw:
Sent: Jun 18, 2015 3:29 PM

Where can we meet?

Sent from my iPhone

On Jun 18, 2015, at 2:19 PM, Nikos Hecht <nhecht@aspenadvisorsllc.com> wrote:

Are you in town?   I'll do it whenever

Sent from my iPhone
On Jun 18, 2015, at 1:07 PM, "intlmodel@gmail.com" <intlmodel@gmail.com> wrote:


------ SMS ------
To: +19146562450
Sent: Jun 18, 2015 1:06 PM

Did u leave the 5k at the Nell? Tomorrow is my birthday so I would rather not stress about it
then. Ericka wants to know if she should come out. Her job and flight and place to stay fell thru.
Would she be able to stay at ur place or would u book a room at the Nell or some place for her?
She can fly in and rent a car and u can reimburse her. But u just gotta let me know by today
Sent via BlackBerry by AT&T

Sent via BlackBerry by AT&T