●○○○○ Verizon 🛜    4:34 PM    ✱ 🔋

‹ Search    Edit

# Hooker

home
(970) ▇▇▇▇▇▇▇   

Notes

Send Message

Share Contact

Add to Favorites

Block this Caller

 Favorites     Recents     Contacts     Keypad     Voicemail