| | |
|---|---|
| County Court<br>Pitkin County, State of Colorado<br>Court Address:  511 E Main Street<br>                          Aspen, CO 81611<br>970-925-7635 | FILED IN COMBINED COURT<br>15 FEB 24 PM 4:18<br>ASPEN, COLORADO |
| Plaintiff: THE PEOPLE OF THE STATE OF COLORADO<br><br>v.<br><br>Defendant:  NIKOS JONAH HECHT | |
| Sherry A Caloia, District Attorney<br>109 8th Street, Suite 308<br>Glenwood Springs, CO 81601<br>Phone Number:  (970) 945-8635<br>FAX Number:     (970) 945-1304<br>E-mail: scaloia@9daco.org<br>Atty. Reg. #:  11947 | ▲COURT USE ONLY▲<br><br>Case Number: **15M197**<br><br>Div.:   Ctrm: |
| GUILTY PLEA(Domestic Violence) | |

1.  My name is Nikos Jonah Hecht.

2.  I understand the English language.  I read and speak the English language.

3.  I am not under the influence of any intoxicating liquor, medication or drugs. My physical and mental health is satisfactory. I am 45 years of age. My date of birth is 04/20/1970. I have completed 12+ years of school.

4.  I have consulted with my attorney concerning this matter and I am satisfied with the advice given by my attorney, Pamela Mackey.

5.  I have been advised:

    a. that I need make no statement and any statement made can and may be used against me;

    b. that I have a right to counsel and that if I cannot afford counsel the Court will appoint counsel for me;

    c. that any plea I make must be voluntary and not the result of any undue influence, coercion, or force on the part of anyone;

    d. that I have a right to bail, if the offense is bailable and I have been advised as to the amount of my bail.

    e. I have been advised of the nature of the charges against me and of my right to a jury trial.

Hecht-Plea-2-24-16

      f. I understand that I may plead "Not Guilty" to any offense charged against me. If I choose to plead "Not Guilty" the constitution guarantees me:

           1. the right to a speedy and public trial by jury;

           2. the right to representation by counsel at trial;

           3. the right to see, hear and face in open court all witnesses called to testify against me and to cross examine them;

           4. the right to have the prosecution prove each and every element of the offenses charged in this matter beyond a reasonable doubt;

           5. the right to remain silent;

           6. the right not to testify;

           7. the right to testify if I want to;

           8. the right to be presumed innocent, unless and until I am proven guilty by competent evidence beyond a reasonable doubt;

           9. the right to subpoena and call witnesses on my behalf;

           10. the right to appeal any conviction; and

           11. the right to assert any legal defense and alibi, if one exists.

I further understand that by tendering this plea of GUILTY, I am waiving all of these rights.

6. I wish to plead guilty to the following:

### Added Count 4, Harassment, C.R.S. § 18-9-111(1)(a) (M3-underlying factual basis of domestic violence)

**The charges of 3rd degree assault, misdemeanor menacing and Harassment(1)(g) as charged in counts 1 through 3 of the Complaint will be dismissed as a part of this plea agreement.**

7.    I understand the nature of the charge and the elements of the offense to which I am pleading and the effect of my plea.

8.    I acknowledge that I have read and understand the elements of the offense and the penalty for that offense, stated in the attached form(s).

9.    I acknowledge that the underlying factual basis of this crime has been found by the court on the record to include an act of Domestic Violence, as defined in C.R.S. 18-6-800.3(1), and therefore, I shall be ordered to complete a treatment program which is certified in accordance with C.R.S. 18-6-802. I further acknowledge that the court may order an evaluation to

Hecht-Plea-2-24-16

be conducted prior to sentencing if an evaluation would assist the court in determining an appropriate sentence and I shall be required to pay the cost of the evaluation.

"Domestic Violence" means an act or threatened act of violence upon a person with whom the actor is or has been involved in an intimate relationship. Domestic violence also includes any other crime against a person or crime against property or any municipal ordinance violation against a person or against property, when used as a method of coercion, control, punishment, intimidation, or revenge directed against a person with whom the actor is or has been involved in an intimate relationship.

"Intimate relationship" means a relationship between spouses, former spouses, past or present unmarried couples, or persons who are both the parents of the same child regardless of whether the persons have been married or have lived together at any time.

10. My plea is voluntary and is not the result of undue influence or coercion or force on the part of anyone.

11. I understand the right to trial by jury and I expressly waive my right to trial by jury on all issues.

12. a. I understand that if I have previously been convicted of two or more felonies that I am not eligible for probation.

    b. I understand that if I am granted probation that I may be sentenced to the county jail as a condition of probation for up to 60 days for a misdemeanor or up to 30 days for a petty offense.

13. I understand that the Court will not be bound by any representations or promises that may have been made to me by anyone concerning the penalty to be imposed or the granting or the denial of probation.

14. I understand that if I am not a citizen of the United States that conviction of the offense to which I am pleading guilty may have the consequences of deportation, exclusion from admission to the United States, or denial of naturalization pursuant to the laws of the United States.

15. I, Nikos Hecht, submit to the Court that the factual basis for the plea of guilty to harassment is as follows: that with the intent to alarm Ms. Warfel, I subjected Ms. Warfel to physical contact, specifically, I grabbed her purse as she was attempting to leave my home and in so doing I may have caused the strap on her purse to bruise her arm. I believe that the purse contained my property, including several wristwatches and other pieces of jewelry.

16. I understand and agree that I will pay restitution and costs of prosecution for all charged offenses as a specific condition of this plea. The amount of restitution may be the subject of a Motion to be filed within 90 days of the entry of this plea.

17. The elements of the offense of HARASSMENT, CRS 18-9-111(1) (M3) are:

Hecht-Plea-2-24-16

1. That the defendant;
2. in the State of Colorado;
3. at or about the date and place charged;
4. with intent to harass, annoy, or alarm another person;
   (a) struck, shoved, kicked, or otherwise touched another person or subjected another person to physical contact; OR

**Penalties**

The possible penalties for this Class Three (3) Misdemeanor are:

Up to 6 months in jail and/or $50 - $750 in fines.

Dated this __24th__ day of __February__, __2016__

_____
Defendant's signature

_____
Address

_____
City, State, Zip

### CERTIFICATE OF COUNSEL

The undersigned, as lawyer and counselor for the above defendant, hereby certifies:

1. I have read and fully explained to the defendant the allegations contained in the information in this case. To the best of my knowledge and belief, the statements, representations and declarations made by the defendant in the foregoing Petition are in all respects accurate and true.

2. I have explained the possible penalties to the defendant and consider him competent to understand the charges and the effect of the plea of Guilty.

3. The plea of GUILTY as offered by the defendant accords with my understanding of the facts related to me and is consistent with my advice to the defendant. In my opinion the plea of GUILTY as offered by the defendant is voluntarily and understandingly made. I recommend that the Court accept the plea of GUILTY.

4. Having discussed this matter carefully with the defendant, I am satisfied, and I hereby certify that the defendant is, in my opinion, mentally and physically competent; there is no mental or physical condition which would affect the defendant's understanding of these proceedings; further, I state that I have no reason to believe that the defendant is presently

Hecht-Plea-2-24-16

operating under the influence of drugs or intoxicants. (Any exceptions to this should be stated by counsel on the record.)

SIGNED by me in the presence of the defendant above-named and after full discussion of the contents of this certificate with the defendant this 24th day of February, 2016.

_____
Attorney for Defendant

_____
Address

_____
City, State, Zip

_____
Phone No.

Hecht-Plea-2-24-16

| | |
|---|---|
| County Court, Pitkin County, Colorado<br><br>Court Address: 506 E. Main Street<br>Aspen, CO  81611<br><br>**Plaintiff: PEOPLE OF THE STATE OF COLORADO**<br><br>vs.<br><br>**Defendant:  NIKOS JONAH HECHT**<br><br>SHERRY A. CALOIA, District Attorney<br>109 Eighth Street, Suite 308<br>Glenwood Springs, CO  81601<br>Phone Number:  (970) 945-8635<br>Fax Number:  (970) 945-1304<br>Reg. #: 11947 | ▲COURT USE ONLY▲<br><br>Case No. 09415M00197<br><br>Division: |
| **MOTION TO AMEND INFORMATION** | |

SHERRY A. CALOIA, District Attorney for the Ninth Judicial District, State of Colorado, moves this Honorable Court for an Order amending the Information filed in the above-entitled action to add Count Four.

AND, AS GROUNDS THEREFOR, counsel states that such amendment is permitted and authorized by Rule 7(e), Colo. R. Crim. P.

Dated this _24_ day of February, 2016.

> SHERRY A. CALOIA
> District Attorney
>
> _/s/ Sherry A. Caloia_
> Sherry A. Caloia SCN 11947
> District Attorney

## ORDER

THE COURT, having reviewed the Motion and being informed in the premises, FINDS that the Motion should be granted.

WHEREFORE IT IS THE ORDER of the Court that the filing of the Amended Information in this matter is allowed.

Dated this _____ day of February, 2016.

BY THE COURT:

_____
Judge/Magistrate

| | |
|---|---|
| County Court, Pitkin County, Colorado<br><br>Court Address: 506 E. Main Street<br>Aspen, CO  81611<br><br>Plaintiff: **PEOPLE OF THE STATE OF COLORADO**<br><br>vs.<br><br>Defendant: **NIKOS JONAH HECHT** | |
| SHERRY A. CALOIA, District Attorney<br>109 Eighth Street, Suite 308<br>Glenwood Springs, CO  81601<br>Phone Number:  (970) 945-8635<br>Fax Number:  (970) 945-1304<br>Reg. #: 11947 | ▲COURT USE ONLY▲<br><br>Case No. 09415M00197<br><br>Division: |
| **AMENDED INFORMATION** | |

SHERRY A. CALOIA, District Attorney for the Ninth Judicial District, State of Colorado, in the name and by the authority of the People of the State of Colorado, informs the Court:

### ADDED COUNT FOUR

That on or between July 26, 2015 and July 27, 2015, in the County of Pitkin, State of Colorado, NIKOS JONAH HECHT, with intent to harass, annoy, or alarm Brooke Lauren Warfel, unlawfully struck, shoved, kicked, touched, or subjected the victim to physical contact; in violation of section 18-9-111(1)(a), C.R.S., and said offense constitutes an act of Domestic Violence as defined in C.R.S. 18-6-800.3, as amended; contrary to the form of the statute in such case made and provided, and against the peace and dignity of the People of the State of Colorado, and thereby did commit the crime of HARASSMENT - STRIKE, SHOVE OR KICK, as amended. (M3)

Dated this ___24___ day of February, 2016.

SHERRY A. CALOIA
District Attorney

_____
Sherry A. Caloia  SCN11947
District Attorney

This Amended Information incorporates the list of witnesses on the original Information.

MOTION TO AMEND INFORMATION
09415M00197
Page 3 of 3